|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

CELINDA VAZQUEZ,

    Plaintiffs,

v.

JOES MARKET, et al.,

    Defendants.

Case No. 18-cv-07817-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 24, 2020 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  December 6, 2019

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: February 28, 2020.

DESIGNATION OF EXPERTS: February 10, 2020; REBUTTAL: n/a;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: February 28, 2020.

DISPOSITIVE MOTIONS **SHALL** be filed by; March 6, 2020;
    Opp. Due: March 20, 2020; Reply Due: March 27, 2020;
    and set for hearing no later than April 10, 2020 at 10:00 AM.

PRETRIAL CONFERENCE DATE: May 5, 2020 at 3:30 PM.

JURY TRIAL DATE: May 18, 2020 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
By November 22, 2019, counsel shall inform the Court of the private mediator selected and shall complete mediation by the end of 2019.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 11/13/10

_____
SUSAN ILLSTON
United States District Judge