UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELINDA VAZQUEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>JOES MARKET, *et al.*,<br><br>   Defendants. | Case No. 18-cv-07817-SI<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS EFFECTIVE FEBRUARY 28, 2020 AND SETTING CASE MANAGEMENT CONFERENCE FOR FEBRUARY 28, 2020 AT 3 P.M.**<br><br>Re: Dkt. No. 36 |

On January 24, 2020, the Court held a hearing on the motion for leave to withdraw as counsel of record for defendants Joe's Market, Nageeb Alnagar, and Halima Alganar filed by Martin & Vanegas, APC. As discussed at the hearing, the Court GRANTS the motion **effective February 28, 2020**. Martin & Vanegas APC is ordered to serve this order and any other filings in the interim on defendants.

The Court will hold a case management conference on February 28, 2020 at 3 p.m., and plaintiff's counsel, Martin & Venegas APC, and Joe's Market, Nageeb Alnagar, and Halima Alganar are ordered to attend the conference. Defendants are advised that a corporation may not represent itself *pro se* in federal court, and thus it is imperative that Joe's Market find replacement counsel prior to February 28, 2020.

**IT IS SO ORDERED**.

Dated: January 27, 2020

_____
SUSAN ILLSTON
United States District Judge