UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELINDA VAZQUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>JOE'S MARKET, *et al*.,<br><br>    Defendants. | Case No. 18-cv-07817-SI<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Plaintiff's Unilateral Case Management Conference Statement requests that the Court dismiss this case without prejudice. Dkt. No. 61 at 8. The Court GRANTS plaintiff's request and DISMISSES this case WITHOUT PREJUDICE.

**IT IS SO ORDERED**.

Dated: October 13, 2020

SUSAN ILLSTON
United States District Judge