UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELINDA VAZQUEZ,<br>　　　　Plaintiff,<br>　v.<br>JOE'S MARKET, *et al*.,<br>　　　　Defendants. | Case No. 18-cv-07817-SI<br><br>**JUDGMENT** |

This case has been dismissed without prejudice.  Judgment is entered accordingly..

**IT IS SO ORDERED AND ADJUDGED**.

Dated: October 13, 2020

　　　　　　　　　　　　　　　　　　　　
SUSAN ILLSTON
United States District Judge